MARY E. SCHOEN, Appellant, *v.* ALBERT WAGNER, Respondent.

*Schoen* v. *Wagner,* 1 App. Div. 298, appeal withdrawn.
(Submitted June 20, 1898; decided June 24, 1898.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1896, reversing a judg-

88

ment in favor of plaintiff entered upon a verdict, and granting a new trial.

The motion was made upon the ground that, as the order of the Appellate Division did not state whether the reversal was on the facts or law or both, and as the Appellate Division had denied a motion to amend its order so as to state that the reversal was not upon the facts, under the decision in *Henavie* v. *N. Y. C. & H. R. R. R. Co.* (154 N. Y. 278) no appeal will lie from the order of reversal and the appellant, having given a stipulation for judgment absolute, will be deprived of all redress unless the appeal is withdrawn.

*Edward C. James* for motion.

No one opposed.

Motion granted upon payment of costs of appeal that have accrued up to the present time, and ten dollars costs of motion.